UNITED STATES OF AMERICA

vs.

ALBERT HESSBERG, III

**Charges:**

**Count 1:**
Wire Fraud
18 U.S.C. § 1343

**Count 2:**
Mail Fraud
18 U.S.C. § 1341

**Count 3:**
Filing a False Income Tax Return
26 U.S.C. § 7206(1)

**Offense Level:**

| | |
|---|---|
| 7 | Base Offense Level (USSG § 2B1.1(a)(1)) |
| +16 | Loss exceeded $1,500,000 but was less than $3,500,000 (USSG § 2B1.1(b)(1)(I)) |
| +4 | Offense involved ten or more people and resulted in substantial financial hardship to five or more victims (USSG § 2B1.1(b)(2)(B)) |
| +2 | Defendant knew or should have known that the victim of the offense was a vulnerable victim (USSG § 3A1.1(b)(1)) |
| +2 | Defendant used a position of trust in a matter that significantly facilitated the commission or concealment of the offense (USSG § 3B1.3) |
| -3 | Acceptance of responsibility (USSG § 3E1.1) |

**Total Offense Level: 28** (including reduction for acceptance of responsibility)

**Criminal History Category:**

Defendant has no other criminal history, resulting in a **Criminal History Category of I**

\*\*Guideline Imprisonment Range: 78 to 97 months\*\*

