AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CR-155 (MAD) |
| Albert Hessberg, III | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Albert Hessberg, III                                                                                                            .

Date: 12/14/2023

/s/ Jason P. Hipp
*Attorney's signature*

Jason P. Hipp (5232277)
*Printed name and bar number*

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711
*Address*

JHipp@jenner.com
*E-mail address*

(212) 891-1784
*Telephone number*

(212) 909-0860
*FAX number*